IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case #

Judge

FILED
FEB 22 2023
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By

QUENTON DAMON HOLMAN,
        Pro SE, Plaintiff,

V.

NORTH CAROLINA DEPARTMENT OF
    ALCOHOL LAW ENFORCEMENT,
    SA A.T. WIGGS,
    SA K. Kluttz,
    Duke University,
    Duke Campus Police,
    John Doe Unknown Duke Campus Police Officer,
    Defendant(s).

AFFIDAVIT
IN SUPPORT OF
COMPLAINT

I, QUENTON D. HOLMAN, States:

1. I ran out of fear, because it was unusual for Unknown Agents to Seize me and handcuff me for NO reason.

2. As soon as, They grabbed me, I was being put in handcuff's and given no reason why.

3. I fell down, while running cause I lost balance.

4. Special Agent (SA) Kluttz, was one of the first to reach me after, I fell.

5. John Doe (unknown Duke Campus Officer) jumped over a fence to help SA Kluttz.

6. (SA) Kluttz was helping me to my feet, as soon as, he got to me.

7. I was on my knees about to plant my feet on the ground, being pulled up by Kluttz, when SA Wiggs was charging me.

8. Wiggs hit me in my head with a forearm, I went back down to the ground, Kluttz still holding my arm.

9. While going down, I tried to curl up but Kluttz was in front of me (between my chest and legs) holding my arm (away from my body).

10. Wiggs gave me a few more forearm shots to the head.

11. Kluttz started kneeing me, til he was tired. Then rested his knees on my left rib cage, til Wiggs was finished.

12. John Doe just watched.

13. While they was trying to stand me up and put me in the truck, I expressed to them that, I was in extreme pain in my chest and rib area and couldn't catch my breath.

14. Wiggs said I shouldn't have ran and I'll be fine

15. At Durham County Jail, I couldn't hardly stand up straight and needed to use the desk to stand and hold myself up.

16. I requested the nurse, Detention Officer(s) stated she's coming around.

17. I bonded out before seeing the nurse, and my girlfriend took me to Duke Regional Hospital.

 I declare everything herein is true and correct to the best of my knowledge, under the penalties of Perjury.
date: Feb. 18th, 2023