IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| QUENTON DAMON HOLMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA DEPARTMENT ) <br> OF ALCOHOL LAW ENFORCEMENT, ) <br> A.T. WIGGS, K. KLUTZ, DUKE ) <br> UNIVERSITY, DUKE CAMPUS ) <br> POLICE, UNKNOWN DUKE CAMPUS ) <br> POLICE OFFICER, and JOHN DOE, ) <br> ) <br> Defendants. ) | 1:23-cv-172 |

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint for Violation of Civil Rights, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This the 3rd day of August, 2023.

_____
United States District Judge